1  Marion I. Quesenbery, Cal. SBN 072308
   Elise C. O'Brien, Cal. SBN 245967
2  RYNN & JANOWSKY, LLP
   P.O. Box 20799
3  Oakland, CA  94620
   Telephone:     (510) 705-8894
4  Facsimile:      (510) 705-8737
   E-mail:  marion@rjlaw.com
5  E-mail:  elise@rjlaw.com

6  Attorneys for Plaintiff
   The Chuck Olsen Co., Inc.

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHUCK OLSEN CO., INC., | CASE NO. C08-03040 BZ |
| Plaintiff, | **CASE MANAGEMENT CONFERENCE STATEMENT – REQUEST TO CONTINUE** |
| v. | |
| RIPPLE RILEY THOMAS, LLC; HELEN RIPPLE; KATHLEEN RILEY; and ANNE THOMAS, | CMC Date:  September 29, 2008<br>CMC Time:  4:00 p.m.<br>CMC Place: Ctrm. G, 15th Floor<br>                    San Francisco |
| Defendants. | |

    Plaintiff The Chuck Olsen Co., Inc. ("Olsen" or "Plaintiff") respectfully requests that the Case Management Conference and the associated dates be continued for an additional 45 to 60 days based on the following:

    1.    All Defendants have been served with the Complaint and Summons in this action, and Plaintiff intends to file the Proof of Service and a Request for Entry of Default today or tomorrow.

    2.    Plaintiff also intends to draft and file a motion for entry of default judgment, which Plaintiff's counsel anticipates will be filed next week.

CMC Statement & Request to Continue – Case No. C08-03040 BZ – Page 1

1  Consequently, it makes sense to continue the Case Management Conference for 45 to 60
2  days to allow Plaintiff to file a motion for default judgment.
3  I declare under penalty of perjury under the laws of the United States that the foregoing is
4  true and correct.
5  Date: September 25, 2008                    RYNN & JANOWSKY, LLP
6
7                                              By:    /s/  Marion I. Quesenbery
                                                      MARION I. QUESENBERY
8                                                     Attorneys for Plaintiff
                                                      The Chuck Olsen Co., Inc.
9
10
11 **IT IS SO ORDERED. The Case Management Conference is continued to
   _December 1,_____ 2008, at _4:00____ p.m., in Courtroom G, 15th Floor, San
12 Francisco.**
13
14
   Date: September 26, 2008
15                                              _____
                                                U.S. MAGISTRATE JUDGE
16
17
18
19
20
21
22
23
24

CMC Statement & Request to Continue – Case No. C08-03040 BZ – Page 2