Marion I. Quesenbery, Cal. SBN 072308
Elise C. O'Brien, Cal. SBN 245967
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA 94620
Telephone: (510) 705-8894
Facsimile: (510) 705-8737
E-mail: marion@rjlaw.com
E-mail: elise@rjlaw.com

Attorneys for Plaintiff
The Chuck Olsen Co., Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHUCK OLSEN CO., INC., | CASE NO. C08-03040 BZ |
| Plaintiff, | **CASE MANAGEMENT CONFERENCE STATEMENT – REQUEST TO CONTINUE** |
| v. | |
| RIPPLE RILEY THOMAS, LLC; HELEN RIPPLE; KATHLEEN RILEY; and ANNE THOMAS, | CMC Date: December 1, 2008<br>CMC Time: 4:00 p.m.<br>CMC Place: Ctrm. G, 15th Floor<br>San Francisco |
| Defendants. | |

Plaintiff The Chuck Olsen Co., Inc. ("Olsen" or "Plaintiff") respectfully requests that the Case Management Conference and the associated dates be continued for an additional 45 to 60 days based on the following:

1. All Defendants have been served with the Complaint and Summons in this action, Plaintiff has filed the Proof of Service, and a Request for Entry of Default by Clerk has been filed.

2. Plaintiff has been discussing a resolution of this action with Defendants' representative, and Defendants have paid all outstanding invoices owed to Plaintiff;

CMC Statement & Request to Continue – Case No. C08-03040 BZ – Page 1

1  however, they have not yet paid the interest and attorneys' fees owed to Plaintiff, which Plaintiff
2  alleges is due under its PACA trust claim and its contract claim.  Plaintiff and Defendants'
3  representative are attempting to resolve this issue and expect to do so shortly.  Consequently,
4  Plaintiff has not yet filed a Motion for Default Judgment.

5        3.      Based on these on-going discussions, Plaintiff respectfully requests a continuance
6  of the Case Management Conference for 45 to 60 days to allow Plaintiff to either dismiss this
7  action (based on a settlement between the parties) or to file a motion for default judgment.

8        I declare under penalty of perjury under the laws of the United States that the foregoing is
9  true and correct.

10  Date:  November 24, 2008                RYNN & JANOWSKY, LLP

12                                By:    /s/  Marion I. Quesenbery
                                    MARION I. QUESENBERY
13                                      Attorneys for Plaintiff
                                    The Chuck Olsen Co., Inc.

16        **IT IS SO ORDERED. The Case Management Conference is continued to**
  January 26        **2009, at**  4:00  **p.m., in Courtroom G, 15th Floor, San**
17  **Francisco.**  Plaintiff shall serve this Order on all defendants forthwith.

19  Date:  November 24, 2008

20                                                                                
                                            U.S. MAGISTRATE JUDGE

CMC Statement & Request to Continue – Case No. C08-03040 BZ – Page 2